IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:18-cr-00285 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| LASHAMUS JARREAU KENNEDY ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Defendant's Motion to Suppress (Doc. No. 18) is **GRANTED**. Accordingly, Defendant's statements made to police officers after his arrest on April 13, 2018 will be inadmissible at trial.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE