IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:18-CR-00285 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| LASHAMUS JARREAU KENNEDY | ) | |

### **ORDER**

At the status conference held on July 15, 2019, the Government made an oral motion to dismiss the indictment in light of the Court's recent Order (Doc. No. 41) suppressing evidence. The Court **GRANTS** the motion pursuant to Federal Rule of Criminal Procedure 48(a). The indictment is hereby **DISMISSED** and the Clerk is directed to close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE